UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVAN C. GOLLMAN,

       Petitioner,

v.                                         CASE NO. 5:08-cv-10221
                                           JUDGE JOHN CORBETT O'MEARA

LINDA M. METRISH,

       Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO AMEND

This matter is before the court on Petitioner's motion to amend his habeas petition. The court shall accept the amended pleading as a supplement or clarification to his original petition as it does not appear that Petitioner has deleted or added claims to his original petition. Further, the court notes that it has accepted Petitioner's habeas petition for filing, the State has filed an answer to that petition, and Petitioner has filed a reply to that answer. Accordingly, the court **GRANTS** Petitioner's motion to amend for consideration of the pleading as a supplement or clarification to his original petition. The court makes no determination as to the procedural or substantive merits of Petitioner's claims at this time.

                                                      s/John Corbett O'Meara

                                                      United States District Judge

Date: March 9, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 9, 2009, by electronic and/or ordinary mail.

                                                                         s/William Barkholz
                                                                         Case Manager